MCGINTY & BELCHER, Attorneys
Richard F. McGinty, Attorney at Law - OSB # 86071
richard@mcginty-belcher.com
P.O. Box 12806
Salem, OR 97309
Voice: (503) 371-9636
Fax: (503) 371-2879
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CARRIE R. DEVINE<br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>         Defendant | Case No. 3:10-cv-06255-MA<br><br>ORDER |

  Attorney fees in the amount of $20,000.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Equal Access to Justice Act (EAJA) fees pursuant to 28 U.S.C. § 2412 have not been awarded in this case. The agency is directed to send to Plaintiff's attorney, at his current address shown above, the § 406(b) check. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

  DATED this __17__ day of September, 2012.

                _/s/ Malcolm F. Marsh_
                United States District Judge

Presented by:
s/ Richard F. McGinty, OSB # 86071
(503) 371-9636
Attorney for Plaintiff

ORDER - Page 1